IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROBERT A. DIERKS**                                                                                       **PLAINTIFF**

v.                                            Case No. 4:12-cv-382-KGB

**DOES,** *et al.*                                                                                         **DEFENDANTS**

## ORDER

Plaintiff Robert A. Dierks has written several letters to the Court (Dkt. Nos. 14, 15, 16). The Court has reviewed Mr. Dierks's letters, which the Court construes as including a number of motions. This Order addresses those letters and the included motions. As an initial matter, Mr. Dierks is directed to send all future correspondence to the office of the Clerk of the Court.

To the extent that Mr. Dierks renews his motion for counsel, that motion is denied without prejudice (Dkt. No. 14). Mr. Dierks has not presented the Court with any new issue of law or fact that persuades the Court to reconsider its previous ruling on this issue.

Mr. Dierks has inquired regarding return copies of letters he has sent to the Court (Dkt. No. 14). The Court is unclear what relief Mr. Dierks seeks regarding copies. Therefore, at this time, his motion regarding copies is denied without prejudice to refiling.

Mr. Dierks moves the Court for an Order that appears to request that the United States Marshals Service gather information to aid in service of the summons and complaint (Dkt. No. 15). That motion is denied. If this litigation reaches the appropriate stage, the parties will be able to engage in discovery in the manner permitted by the Federal Rules of Civil Procedure.

Mr. Dierks has inquired about and requests funding for the expenses associated with bringing his lawsuit (Dkt. Nos. 14, 16). That request is denied at this time.

No court dates are currently set in this matter. Mr. Dierks and all other appropriate parties will be notified when the Court issues an initial scheduling order.

Finally, the Court directs Mr. Dierks to be familiar and comply with all the Federal Rules of Civil Procedure, as well as the Local Rules of this Court. Failure to comply with those rules can result in dismissal of this lawsuit. The Federal Rules of Civil Procedure are available in many libraries and bookstores, and the Local Rules can be obtained from the Clerk of the Court. In addition, the rules may be accessed from the internet website of the United States District Court for the Eastern District of Arkansas.

SO ORDERED this the 15 day of October, 2012.

*Kristine M. Baker*
Kristine G. Baker
United States District Judge