**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROBERT A. DIERKS**                                                                                          **PLAINTIFF**

v.                                            **Case No. 4:12-cv-00382-KGB**

**DOES,** *et al.*                                                                                                      **DEFENDANTS**

## JUDGMENT

     Consistent with the Opinion and Order that was entered on today's date (Dkt. No. 47), it is considered, ordered, and adjudged that plaintiff Robert A. Dierks's claims against separate defendants Deputy Seanard, Captain Edwards, White County Circuit Court Clerk Tami King, Sheriff Ricky Shourd, Deputy Madden, Faye Cooper, and Steven Cochran in their official and individual capacities are dismissed with prejudice.  The relief sought is denied.

     SO ADJUDGED this the 29th day of October, 2013.

                                                 _____
                                                 Kristine G. Baker
                                                 United States District Judge